# United States District Court

**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

    v.

JORDAN W. RINCKER,
a/k/a "Shriveled Shlong,"
a/k/a "shriveledshlong,"
a/k/a "@shriveledschlaung,"
[DOB: 01/05/1998]

**COUNT ONE**
*Conspiracy to Commit Murder*
18 U.S.C. §§ 1111 and 1117
NMT Life Imprisonment
NMT $250,000 Fine
NMT 5 Years' Supervised Release
Class A Felony
$100 Mandatory Special Assessment

## CRIMINAL COMPLAINT

**Case Number: 26-MJ-00105-LMC(WBG)**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
*(Conspiracy to Commit Murder)*

Between at least on or about March 1, 2026, up to and including June 21, 2026, the dates being approximate, in the Western District of Missouri and elsewhere, the defendant, **JORDAN W. RINCKER**, a/k/a "Shriveled Shlong," a/k/a a/k/a "shriveledshlong," a/k/a "@shriveledschlaung," Daniel K. Eskridge, Abraham H. Alvarez, Tycen C. Proper, Bryan Omar Roa, Michael Alan Thomas, and others known and unknown, knowingly and intentionally combined, conspired, confederated and agreed together and with each other to violate Section 1111 of Title 18, United States Code.

It was a part and an object of the conspiracy that **JORDAN W. RINCKER**, Daniel K. Eskridge, Abraham H. Alvarez, Tycen C. Proper, Bryan Omar Roa, Michael Alan Thomas, and others known and unknown, would commit murder within the special maritime and territorial jurisdiction of the United States, namely, the White House and its surrounding grounds in Washington, D.C.

<u>OVERT ACTS</u>

In furtherance of such agreement and conspiracy and to effect the objects thereof, the defendant, **JORDAN W. RINCKER**, Daniel K. Eskridge**,** and co-conspirators committed the following overt acts, among others:

Prior to June 12, 2026, Daniel K. Eskridge, did acquire tactical equipment, multiple firearms, a helmet, and a ballistic vest.

Prior to June 12, 2026, Tycen C. Proper did acquire several boxes of ammunition, two plate carriers with AR-style magazines, an AR-style rifle, a bullpup rifle painted with the American flag, and tactical clothing.

On or about June 11, 2026, Bryan Omar Roa began to drive from the State of California to Washington, D.C., to participate in the plot to kill persons attending the Ultimate Fighting Championship ("UFC") event scheduled to take place on the White House lawn in Washington, D.C., on Sunday, June 14, 2026.

On or about June 12, 2026, defendant **JORDAN W. RINCKER** did accept a cash payment of $1,200 from Nebraska defendant, Abraham H. Alvarez during an in-person meeting and sent Bryan Omar Roa a CashApp payment of $100 for his drive from the State of California to Washington, D.C.

On or about June 12, 2026, defendant **JORDAN W. RINCKER** did transfer a pump action shotgun to Nebraska defendant, Abraham H. Alvarez, during an in-person meeting.

On May 22, 2026, **DANIEL K. ESKRIDGE** communicated with co-conspirators on SimpleX, an encrypted messaging application. Specifically, the defendant distributed a picture of

tactical equipment, including a rifle, helmet, and ballistic vest.

All in violation of Title 18, United States Code, Section 1117.

_____
Andrew Brown
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed by telephone,

At 8:57 pm, signature confirmed

June 21, 2026
_____
Date

at        Kansas City, Missouri
          _____
          City and State

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer