## AFFIDAVIT

I, Andrew Brown, being first duly sworn, hereby depose and state as follows:

### I.     AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") in Kansas City, Missouri, and have been assigned to this office since February 2017, following graduation from the FBI Academy in Quantico, Virginia. I am currently assigned to Squad 13 (Domestic Terrorism, Weapons of Mass Destruction, and Special Events), which is a component of the Joint Terrorism Task Force. As part of my duties, I have participated in investigations of organizations and individuals engaged in domestic terrorism, terrorist activity, and other criminal activities. While conducting investigations, I have assisted with monitoring GPS tracking devices, interviews, surveillances, search warrants, and arrest warrants. Prior to being hired by the FBI, I was a practicing attorney for over five years. Through my experience, education, and training, I have become familiar with methods and tradecraft utilized by individuals to communicate online and engage in activities online in support of criminal behavior. I have gained this knowledge through my training at the FBI Academy and my daily work related to domestic terrorism investigations. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 1117 (Conspiracy to Commit Murder),

1

referred to as the TARGET OFFENSE, was committed by JORDAN W. RINCKER ("RINCKER").

## II.        PURPOSE OF AFFIDAVIT

4.        The FBI is investigating a plot to carry out an attack during an Ultimate Fighting Championship ("UFC") which took place Sunday, June 14, 2026 ("UFC Freedom 250") on the South Lawn of the White House in Washington, DC. I know this to be within the special maritime and territorial jurisdiction of the United States.

5.        During the course of this investigation, the FBI identified a group of conspirators, including RINCKER, procured weapons and made plans to carry out an attack at the UFC Freedom 250 event on June 14, 2026.

6.        On June 12, 2026, Tycen C. Proper ("PROPER") was charged in the Southern District of Ohio for his involvement in this plot.

7.        PROPER was interviewed by the FBI on June 11 and 12, 2026. During his June 11, 2026, interview, and as further described below, PROPER identified the online usernames of his co-conspirators, including the online username of a co-conspirator living in the Western District of Missouri who was involved in planning this attack. The FBI later identified ESKRIDGE as the co-conspirator using the online username PROPER had identified.

8.        On June 13, 2026, the FBI searched ESKRIDGE's residence and found additional evidence of his involvement in the conspiracy.

9.        On June 21, 2026, the FBI searched RINCKER's residence, his person, and a storage unit rented by RINCKER, locating additional evidence of his involvement in the conspiracy.

### III.    SUMMARY OF PROBABLE CAUSE

**A.    Ohio Law Enforcement Uncover a Plot to Assassinate Federal Officials at the UFC Fight**

10.    Based on my conversations with other law enforcement officers, review of relevant reports, databases, videos, photos, and extracted digital evidence pursuant to search warrants, I understand the following:

11.    On or about June 10, 2026, at approximately 9:18 p.m., officers with the Knox County, Ohio Sheriff's Office and Danville, Ohio Police Department were dispatched to a residence in Danville, Ohio, in reference to a disturbance. The caller, identified as the mother of Tycen J. PROPER,[1] was concerned about her son, Tycen J. PROPER, due to his recent conduct, including firearms purchases and communicating with concerning individuals online.

12.    Officers arrived on scene at approximately 9:38 p.m. and spoke to PROPER, his mother, and father. PROPER is a 19-year-old male who lives at that residence with his parents. When deputies spoke to the father of PROPER,[2] he stated that PROPER had recently met random people online and had been planning "recons" with these individuals. His father expressed how PROPER has met these individuals online and was planning to leave this upcoming weekend (the weekend of June 13, 2026) to meet up with these online individuals. His father further stated that PROPER had also recently acquired camping gear, food, ballistic plates, a new shotgun, a rifle, "lots" of ammunition, extra magazines, and plate carriers. PROPER allegedly spent approximately $3,000 of his graduation money to purchase the previously described equipment.

13.    In addition to the above behavior, PROPER's father stated that PROPER also quit his job recently in preparation to meet the individuals he had been interacting with online to

---

[1] I know the name of PROPER's mother, but in this affidavit, I refer to her as the mother of PROPER.

[2] I know the name of PROPER's father, but in this affidavit, I refer to him as the father of PROPER.

conduct "missions" and "recons." His father did not have any additional information about the identities of the people with whom PROPER was speaking.

14.     The Knox County Sheriff's Office took photos of the equipment acquired by PROPER which included several boxes of ammunition (estimated by law enforcement to be in the thousands of rounds of ammunition), two plate carriers with AR-style magazines, an AR-style rifle, and a bullpup rifle painted with an American flag[3]. The equipment was turned over voluntarily by the family to law enforcement.

15.     At the conclusion of the encounter, PROPER was transported by the Knox County Sheriff's Office to a local hospital where they submitted an application for emergency admission based on homicidal ideations. The application detailed that PROPER had been thinking about joining the military or police force with the goal of being able to kill people.

16.     On June 11, 2026, the Knox County Sheriff's Office contacted the FBI as a result of its interactions with PROPER.

17.     Also on June 11, 2026, a Task Force Officer with FBI Cincinnati Division contacted the mother of PROPER for a telephone interview for additional information. The mother of PROPER detailed that PROPER had recently began interacting with a group online that was comprised of individuals who represented themselves as ex-military and that may share some Christian-based ideology. She stated that she didn't know the name of the group, but that they expressed ultra-religious and anti-government sentiments, specifically citing grievances about government corruption, the handling of the Epstein files, data centers taking up all the water in communities, and other government actions. The mother of PROPER detailed that talking with

---

[3] According to employees at a store in Knox County, Ohio, who were interviewed by law enforcement, on or about June 5, 2026, PROPER came into the store and purchased a bullpup shotgun. Firearms tracing records from the Bureau of Alcohol, Tobacco, Firearms and Explosives confirmed the purchase

these individuals online has caused PROPER to lean heavily into his religion and she believed that those individuals were using religion to manipulate and influence PROPER.

18. In addition to the equipment and firearms PROPER had recently purchased, the mother of PROPER stated that she observed him recently engaged in physical training, which she initially thought was to further his aspirations to join the military or police, but later learned was in relation to the online group in which he was participating.

19. The mother of PROPER detailed that PROPER's communications with these individuals largely occurred on his cellular device and provided a phone number for PROPER as xxx-xxx-3044. She also stated that she recently observed PROPER researching and mapping locations in the area just northwest of Washington D.C. She stated that she also observed additional images and maps being sent to him from unknown individuals through texts and Discord messages and would overhear PROPER talking to these individuals verbally on his phone.

20. When the mother of PROPER asked PROPER what he was doing, PROPER stated that he could not tell her exactly what he was doing, but that they were looking at multiple different locations and intended to conduct "recon" as well as "hit and run missions." A task force officer asked the mother of PROPER what she thought PROPER meant when he said, "hit and run missions" and she believed that it meant conducting shootings and then leaving.

**B.** **Law Enforcement Searches PROPER's Residence**

21. On June 11, 2026, the FBI, in coordination with the Knox County Sheriff's Office, CPD, and Danville Police Department, executed a local search warrant at the residence of PROPER, recovering a journal from his room that included pages in which PROPER wrote that the government wants to control people and that a larger group worships a demonic figure and sacrifices children to it. The journal also had a list of approximately 46 names, which included celebrities and politicians. While on scene, investigators also observed a large quantity of boxes

5

of spent ammunition, several spent cartridge casings, and other tactical clothing. Investigators also spoke to PROPER's father and grandmother, who stated that PROPER had become more closed off from his family and spent most of his time online speaking to unidentified persons. PROPER's family members also highlighted concerning statements he made in recent months, such as making sympathetic comments about Adolf Hitler, and posting anti-Semitic comments on Facebook.

22.     In addition to the search warrant on PROPER's residence, a search warrant was executed on the Apple iPhone belonging to PROPER which had been previously seized by the Knox County Sheriff's Office to preserve evidence. During a preliminary review of the device, investigators observed chats on Signal groups that laid out detailed plans to conduct an attack in Washington D.C. with several unidentified co-conspirators. In those chats, law enforcement saw detailed imagery of the National Capitol Region and maps of the area with different potential sniper locations highlighted, potential drone launch locations identified, and other detailed tactical planning.

**C.     Law Enforcement Interviewed PROPER Who Admitted that the Co-Conspirators Planned to attack the UFC Freedom 250 Event**

23.     FBI investigators traveled to Dublin Springs Mental Health center in Columbus, Ohio to conduct an interview with PROPER. The interview was consensual and took place in an unlocked room while a case worker was also present. During the interview, PROPER admitted to planning with others a coordinated attack against the United States government, to take place during the UFC Freedom 250 event scheduled to take place on the South Lawn of the White House in Washington, D.C., on Sunday, June 14, 2026.

24.     PROPER also provided additional details on the planned attack and stated that the plan as he knew it was to stage a demonstration on the north side of the White House. While the demonstration was taking place, the group would fly small, unmanned aircraft (*i.e.*, drones) laden

6

with unspecified explosive devices which would detonate over the north side of the UFC arena. When the unmanned aircraft detonated, the intent was to force the crowd attending the UFC event and high value targets ("HVTs") to evacuate to the south. PROPER stated that the plan was that members of his group would act as snipers and additional shooters, preferably with long guns, staged at the south to conduct shootings of the members of the crowd and HVTs as they fled from the explosive devices which had just been detonated.

25.     Based on public reporting, I am aware that a UFC event is scheduled to take place on the lawn of the White House on Sunday, June 14, 2026. I am also aware that the President of the United States is scheduled to be in attendance at the UFC Freedom 250 event. Also, news reports and open-source reporting indicated that politicians, potentially including members of United States Congress and the President's Cabinet officials, would likely be at the UFC Freedom 250 event. Based on the location of the UFC Freedom 250 event, which was on the White House grounds, I believe the area falls within the Special Maritime and Territorial Jurisdiction of the United States. *See* 18 U.S.C. § 7(3).

### D.     Information Obtained from PROPER's Phone Corroborates the Existence of a Conspiracy to Attack the UFC Freedom 250 Event at the White House

26.     Based on law enforcement reports, I know that the FBI has begun to review PROPER's cell phone and that the review has revealed chats in the application SimpleX,[4] wherein PROPER and several other co-conspirators, including ESKRIDGE, had planned the attack on June 14, 2026. For example, in chats on or about May 13, 2026, PROPER stated, "I got a possible target [U.S. Senator-Victim No. 1] is senator for [the name of a state]," and in response to a question asking why attack her, he stated, "She's taken money from the Israel pro Israel lobby and supports

---

[4] Simple X is an encrypted messaging application.

them."[5]  On May 31, 2026, PROPER sent several messages, leading with the text "These are people we're going to focus on," and then sent images of [U.S. Senator-Victim No. 2], [U.S. Senator-Victim No. 3], [U.S. Representative-Victim No. 1], and [U.S. Representative-Victim No. 2]. Images of these members of Congress appear to have been taken from the website "TrackAIPAC.com" and appear to include information about how much money each congressperson received "from pro-Israel PACS."[6]

27.     PROPER told law enforcement that there would be other Signal chats on his cell phone and that the members of this group were primarily recruited through TikTok. Once an individual had proven himself to be an established member of the group on TikTok, they were then transitioned to a vetted (and more secure) Signal chat. PROPER stated that the group exchanged videos, pictures of tactical kits, physical training proof, and other material through TikTok direct messages.

28.     PROPER also provided investigators with the TikTok usernames of other individuals in the group. Those usernames that PROPER provided included, among others, TikTok username: "@fulcrumresist" - UID 7584676845362103327 (believed to be associated with ESKRIDGE, as described in more detail below).[7]

29.     PROPER indicated that the user later identified as ESKRIDGE, and other TikTok users became members of the group who were vetted and participated in the chats in Signal regarding the planned attack on June 14, 2026.

---

[5] I know the victims identified in this affidavit, but I have redacted their names for their protection.

[6] RINCKER does not appear to be a member of this particular group chat, nor to have otherwise viewed these chats.

[7] I know that PROPER was communicating with a username identified as Fulcrum, but, for the reasons explained in this affidavit, I believe the user of the Fulcrum username is ESKRIDGE. Accordingly, in this affidavit, I often refer to Fulcrum as ESKRIDGE.

8

30. PROPER also indicated to investigators that he had been planning to drive to Washington, D.C., from Ohio, travelling through West Virginia. In West Virginia, he planned to meet up with another co-conspirator and then to drive with that individual the rest of the way to Washington, D.C.

31. Based on conversations with other law enforcement agents, I know that investigators ultimately identified that individual in West Virginia. On June 12, 2026, the FBI interviewed another co-conspirator in West Virginia, who confirmed that he and others communicated online about attacking the UFC Freedom 250 event in Washington, D.C., but claimed that the members of the group had cancelled their attack plans on the morning of June 12, 2026.

32. A review of PROPER's cell phone also revealed chats in the Signal app, consistent with much of what PROPER described. In PROPER's phone, investigators could see that there was a large chat, consisting of approximately 19 individuals. There were also smaller chat groups, consisting of approximately 4-5 individuals. These individuals in these smaller chat groups were divided based on role assignments and locations, including the locations in which the co-conspirators would occupy and shoot from during the attack. The review of PROPER's cell phone also showed the group discussing exit, escape, and evasion resources for the attack, including the location of a potential "safe house," and also potential exfiltration or escape routes for members of the group after the attack. Some of the messages on PROPER's phone indicated that members of the group would travel from the area of the White House to the Potomac River and travel along the river to escape the area.

33. During his June 11, 2026, interview, PROPER also indicated that he had purchased equipment for the attack for other individuals.

9

34. On June 12, 2026, FBI personnel interviewed PROPER again at the Dublin Springs Mental Health center[8]. After receiving *Miranda* warnings, PROPER provided information that confirmed what he had stated to the FBI during his June 11, 2026, interview.

### E. ESKRIDGE Identified as a Member of the Conspiracy

35. FBI personnel identified ESKRIDGE as a participant and conspirator involving the TARGET OFFENSE, and other federal offenses, using information from PROPER's TikTok account and information from an analysis of a search conducted on PROPER's cellular telephone. During his June 11, 2026, interview, PROPER showed investigators the TikTok profiles of some of the individuals with whom he was conspiring to commit the aforementioned activities, including the TARGET OFFENSE. One of the TikTok accounts that he identified had the screenname "@fulcrumresist." Upon viewing the publicly available "@fulcrumresist" account, investigators identified TikTok user "@danieleskridge" as a TikTok profile of interest. TikTok user "@danieleskridge" was the first account to both follow and be followed by "@fulcrumresist," despite the fact that the "@danieleskridge" account was not very active. The "@danieleskridge" account has also reposted many of the posts from the "@fulcrumresist" account. A review of ESKRIDGE's Missouri driver's license picture indicates his picture is of the same individual whose picture appears on the "@danieleskridge" account, which is closely linked to the "@fulcrumresist" account.

36. Analysis of PROPER's phone identified a user, "FULCRUM," listed in various chats as "41 Fulcrum." In those chats, FULCRUM indicates he is 32 years old; lives an hour north of Kansas City, Missouri; has a wife and 5 kids; lives on a rural property with a garage, that the

---

[8] I am aware that since that interview, PROPER has been released from the mental health center and has been taken into Federal custody.

property is 5-6 acres, right off the highway; and FULCRUM claims to be a union carpenter and previously a union boilermaker. A screenshot of these communications is below:

From: 41 Fulcrum

1.) Fulcrum-Kansas City,Missouri
2.) 32
3.) currently union carpenter foreman, previously union boilermaker welder/rigger/foreman/ high angle rescue team. I currently build commercial and government buildings and previously worked in energy generation field building and maintaining all of the many different types of power plants and substations also built and maintained oil refineries.
4.) husband and father of 5, I live in the country on 6 acres with my wife and kids. capable of using my garage as a safe house. The only downside to the property where I live is it's right on the side of a major highway. I have 25 acres that is mostly timber and secluded also but it's not maintained to be of any real use to us I would need a tractor with a brush hog.
5.) have reliable transportation (sedan)
6.) like I said above I have a family and a job but when it's go time I'll have to leave them behind in hopes that I return hope with a brighter future for them.
7.)full kit.
Main rifle- Smith and Wesson M&P15 5.56 custom build non FRT at the moment also non suppressed. 30 round mags-30, 450 rounds 5.56 62gr green tip, 500 rounds 5.56 55 gr fmj

Side arm- Taurus G3 9mm. 17 round mags-9, 15 round mag-2. 300 rounds 9 mm 115 gr fmj

Longe range- Remington 700 .308 with Burris scope. Consistent 9" grouping at 1000 yrds. 200 rounds .308 150 gr

Shotgun- Mossberg 590 breaching shotgun with magnetic holder. 150 rounds 00 8ball buckshot

Two plate carriers

Yakeda YT8796 with lvl 4 ceramic front back and side plates

Rothco with lvl 3+ front back and side plates

Camel pack, one day pack, 3 day pack/ruck

Baofeng UV-21r ham radio with PTT connected to walker razor helmet mounted muffs, level 3A ballistic helmet. Second set of headband style walker razors with walkie attachment.

IFAK loaded with all the ifaky goodies 5 CATs total, one mounted to my buttstock, one in my pack on my carrier, two in my IFAK and one banded to the front of my carrier and mounted combat knife. Battle belt with mag pouches dump pouches and my IFAK

8.) no official combat or tactical training but have been running battle drills with my local KC guys. Also set up a make shift range for running and gunning at the back of my property and have been solo training. Good at building anything and everything with anything and everything also good at demolition. Tons of outdoor experience- primitive living, fire starting, shelter building, water filtration, tracking trapping and hunting, fishing, foraging, land nav. Worked on high angle rescue team have experience with repelling and hoisting, first responders/ emt training.

9.) embedded in several other groups mainly for the purpose of scouting out serious prospects for this group. Involved with several group leaders and a member of Revolutions Network

10.) as soon as we are planned and manned

11.) Tier 1
Status: Read

5/22/2026 11:07:32 PM(UTC-4)

This information is consistent with the individual identified as co-conspirator, Daniel Kenely ESKRIDGE. In the same chats, FULCRUM stated, "[m]y name is Fulcrum on all socials." The information about the property is also consistent with what I know about the ESKRIDGE's residence, located in Kidder, Missouri, in the Western District of Missouri.

37.     On June 13, 2026, the FBI searched ESKRIDGE's residence and seized his cellular telephone associated with telephone number ending in 0925. Upon initial review of his cellphone, multiple messaging accounts were found, all of which included the name "Fulcrum" in the naming scheme. Due to ESKRIDGE's cellphone not being connected to the internet during their review, law enforcement officers were unable to view many of the applications on his cell phone. However, investigators confirmed the following accounts associated with ESKRIDGE: X accounts "@FulcrumResist" and "@deskridge94"; Instagram account "@fulcrumresist"; and Telegram account "@Fulcrum_MO." I believe ESKRIDGE to be the user of the TikTok handle "@fulcrumresist" and any direct messing application involving the naming scheme "Fulcrum" in the context of the conspiracy.

**F.     Law Enforcement Identifies Chats with ESKRIDGE Actively Participating in the Conspiracy**

38.     On June 11, 2026, the Columbus, Ohio Division of Police, in conjunction with the Knox County, Ohio Sheriff's Office, executed a state search warrant at PROPER's residence and on his cellular telephone. The data from the cellphone was downloaded and reviewed, which revealed many direct messages and group chat communications on social media and end-to-end encrypted communication platforms. On or about May 13, 2026, on SimpleX, in a chat with user "Prox," whom I believe to be PROPER, "Prox" asked ESKRIDGE, who was using an account with the username "Fulcrum," how things were going for Fulcrum. ESKRIDGE responded that he was "pretty pissed" because he felt like the operation fell apart the previous night. ESKRIDGE

advised that he was really banking on this being the trigger event and now it may not be safe to continue with "this specific op." ESKRIDGE inquired of another user if they were an individual that he (ESKRIDGE) recruited. ESKRIDGE then advised "my name is Fulcrum on all socials."

39.     On or around May 13, 2026, to May 15, 2026, ESKRIDGE was engaged in a group chat with Prox (PROPER) and another user. In this chat, PROPER asked ESKRIDGE, "What are you thinking for a target?" ESKRIDGE said at the time he had no idea but that he was "heavily invested in [user inserted initials consistent with those of a sitting United States Senator]." PROPER then mentioned U.S. Senator-Victim No. 1 as a target because she has taken money from pro-Israel lobby. ESKRIDGE then advised that when it comes to a target it would need to be "big and someone a majority of the country knows." ESKRIDGE went on to state that it would have to be someone that both Democrats and Republicans would unite over. The group went on to discuss other targets such as United States Senator-Victim No. 4 and the power grid. Further conversation about the power grid attack revealed that ESKRIDGE wished to use a fleet of drones to hit specific transformers. ESKRIDGE went on to state that the group needed to focus on how they could get their narrative out to "combat the governments narrative." ESKRIDGE then inquired about obtaining an "EMP."[9] ESKRIDGE closed out this chat thread by advising that he was going to make a new chat with active members and that new chat would allow them to begin team formations to "accomplish objectives."

40.     On or around May 20, 2026, through June 8, 2026, in a group chat titled "Vanguard of the Old Republic," ESKRIDGE provided a link to PROPER and advised that this link should be sent to anyone "you think [would]make a productive addition to the group." ESKRIDGE

_____

[9] EMP refers to an electromagnetic pulse device that can be used disrupt or permanently damage electrical devices and systems.

expressed that focus would be on "operators." ESKRIDGE (using the "Fulcrum" screenname) opened the group chat with the below screenshot message:

From: 41 Fulcrum

Alright everyone our goal moving forward is basically the same as what Ghost was working on before he left we want to recruit operators into this group and start making teams to complete tasks and objectives to push our lines forward. For anyone that doesn't know the definition of vanguard is "the leading group in an advancing army or the foremost pioneers in any field, movement, or industry" that is what we strive to be this chat here will be insulated for the most part from each teams detailed plan. So we won't post exact details in this chat. This will be the main chat for everyone and as we grow we will have specific ops chats. Our goal is to in a general sense "restore the old republic" our constitutional republic has been stolen by corporations, politicians and foreign actors they have usurped the power from the people and concentrated it at the top to the point that we now live in late stage "democracy". When I say restore the old republic I am not talking about all of the flaws that we had in past times but merely talking about the fact that in a Constitutional republic the people truly hold the power and that's what we intend to restore. To get there this country needs more fuel on the fire to show our fellow Americans that the time has come to stand up and reclaim that power.

We encourage all members to recruit but for the time being we want to focus on recruiting those that have the capability and equipment to take action. I will post the recruitment chat link here and have everyone save that link to send to new recruits so that they can be vetted. We also encourage all members to come up with plans to further our cause if you feel you have a good plan please reach out to Whiskey or I so we can hear you out.

Status: Read

5/20/2026 7:23:34 PM(UTC-4)

ESKRIDGE then provided a link for users to send to individuals that fit the description in the opening message. Another co-conspirator, herein referred to as THOMAS, affirmed that ESKRIDGE was "running the show."

41. ESKRIDGE continued to talk about a corrupt system and how individuals in the group should put differences aside because they have all been "victims of the system in one way or another." ESKRIDGE then went on to state that the "revolution will not be televised" and this movement needs a "group like ours." ESKRIDGE then stated: "So right now in the historical timeline I believe we are at the 'trigger event' point. Meaning to set this off we need an event or events that cause people to realize the revolution has officially begun."

14

42. ESKRIDGE discussed how three companies owned everything and discussed how specific executives at large U.S. corporations were involved. ESKRIDGE then advised that "if a person [was] to be a target of an event we need to make sure it's someone that can't be easily turned into a right vs left thing we want someone both sides would celebrate." ESKRIDGE then stated, "[another prominent business executive] is a very good target he fits the bill for someone both sides would cheer and support us for taking out."

43. At the same time ESKRIDGE mentioned taking out "[another prominent business executive]," he stated (screenshot below):

44. The following day, ESKRIDGE posted the following (screenshot below):

45.     Utilizing SimpleX, the group then started sharing photographs of what equipment they possessed in relation to the operation. On May 22, 2026, ESKRIDGE contributed a picture of tactical equipment, including a rifle, helmet, and ballistic vest. The photograph in the chat was nearly identical to a photograph posted on the @fulcrumresist TikTok page, which is found below:



16

46. ESKRIDGE then sent the following message to the group (screenshot below):

From: 41 Fulcrum

Hope all of you have a good weekend I will be off work until Tuesday I plan to get the rest of our group moved into here and work on building the rest of our chats. I'm also working with a couple other group leaders to have them help by sending us the people that are ready to take action and have the skills and equipment to do so. I think I can speak for everyone in saying we're tired of not making shit happen and tired of being ruled over by treasonous pedophillic criminal politicians and foreign agents. When the laws are no longer written and enforced by criminals that's when I'll give a shit about following them. What we are doing is not only our birthright but also our duty as Americans. However flawed they may have been our forefathers fought for this and trusted us to uphold these truths and beliefs that all mankind was created equal and that our rights are unalienable God given rights not government permitted, controlled or regulated and not to be infringed upon. That government is created by the people and for the people, that power remains in the hands of the people and it's about damn time the elites and the government are reminded of why they should fear the people especially the American people. They try to keep us in fear of them so that we forget or don't stand in our power of having the largest standing army in world history with an estimated 107 million gun owners and an estimated 120 guns per 100 people in this country they should fear us. Let this holiday strengthen your resolve as we remember every brave man and woman that gave their lives believing they were making that sacrifice for us and strengthen the desire to avenge them for the fact that they were lied to and their lives used to line the pockets of politicians and billionaires. Take pride in being a true American our leaders may be shit and we've been used by them to do terrible shit but the government isn't what makes America great it's the unbreakable spirit of true American patriots that do now bow to Evil and let's remind the people of this world that real Americans can still be the heroes we once were. What we do here will reverberate around the world and will echo throughout history and we know that because we still talk about the bravery and the courage of what our forefathers did 250 years ago we fight for life, liberty and the pursuit of happiness. Long live the Republic

Status: Read

5/22/2026 12:52:22 PM(UTC-4)

47. ESKRIDGE noted that when this "goes full scale" the group would likely have access to higher grade equipment. ESKRIDGE thought that half of the military would join their cause and not follow "unlawful orders." ESKRIDGE goes on to state that after the trigger event there was a potential for three percent of the population to stand with their group.

48. On or around May 30, 2026, ESKRIDGE stated that he was preparing his garage to be a safe house and making a "bunker" under the floorboards of his shed. Below is a screenshot of the communication.

From: 41 Fulcrum

Good morning everyone, just woke up I was up late working on a few projects at home. Getting my garage set up as a safe house also plan on making a make shift bunker under my shed won't be fancy by no means just a hidey hole under the floor boards. This location won't be ideal because I'm right off the side of a major highway but it's out in the country and it will be an option if needed.

Status: Read

5/30/2026 1:05:51 PM(UTC-4)

49. The group continued to discuss different targets, recruitment, and operational strategy until approximately June 7, 2026, when the California based co-conspirator stated, "We're planning something in a week. I don't think I need a pilot anymore. Are you in? We'll need drivers and support."

50. In a separate group of approximately nine users, a conversation took place during the same time frame and contained THOMAS, ESKRIDGE, and other participants, during which the participants laid out, in detail, their plan to attack the UFC Freedom 250 event at the White House on June 14, 2026. Specifically, THOMAS stated, "Pensilvania avenue" and that he needed "as many as [he could] muster." ESKRIDGE said the group should obtain $1,300 in United States currency and they needed "5 teams of 3 each team consisting of 1 sniper, 1 tier one operator as support/ look out, [and] one drone operator." ESKRIDGE said the money would provide them the funding to purchase "drones and charges," and encouraged the group to all "pitch in."

51. ESKRIDGE posted the following message which laid out the plan and "target" as the UFC Freedom 250 event:

18

> **From: 41 Fulcrum**
>
> Alright yall here's the idea we've come up with between us and a couple other groups but this is going to take everyone and it's going to put a hold on the other ops we have talked about. We need 5 teams of 3. One tier one operator working as a sniper, one tier one operator working as rifleman/spotter/ back up and one drone pilot per team. We select 5 locations that best suit our mission these 5 locations need to be ideal for precise sniper shots and for the drone pilot to operate from. Depending on these locations we may need to restrain the occupants for the duration of the attack. The target is ufc 250 if you don't know where that's being held look it up. Each team will get into position once each team is mission ready the green light will be given and the drone rigged with explosives will fly they will initiate the attack as soon as the drones have done their part and the attention of our opposition is on the skies and not the rooftops snipers will initiate their part of the plan eliminating HVTs first then the retaliatory forces such as SS, NG, and swat. There will be a protest going on outside the gates at that location which will help with keeping the chaos so that extraction teams can get out operators out and fall back to a location out of state to regroup and gauge the response. If all goes according to plan anyone who is willing will join the second wave as ground force. If we are successful this could be the first battle of the second American Revolution. Now who is willing and able to drop everything and be one of these 10 operators and who here is confident and capable of flying drones?
>
> Status: Read
>
> 6/7/2026 10:28:53 PM(UTC-4)

52.    ESKRIDGE then went on to state (screenshot below):

> **From: 41 Fulcrum**
>
> I will be on the ground leading from the front as one of the 5 snipers. I would never ask yall to do something I wouldn't do myself but I can't do this alone so I'm asking for volunteers
>
> Status: Read
>
> 6/7/2026 10:30:03 PM(UTC-4)

53.    The following day, June 8, 2026, ESKRIDGE stated (screenshot below):

> **From: 41 Fulcrum**
>
> This op is what we call the trigger event. The terrain is urban but after this we will have no choice but to go old school because they will send everything they have to hunt us. But if we pull this off correctly we'll raise an army
>
> Status: Read
>
> 6/8/2026 10:23:04 PM(UTC-4)

54.    The group continued to talk about the need for additional drone operators and the number of members "activating on the 14th."

55.    On or around June 10, 2026, a Signal group chat was created that included THOMAS and Fulcrum {MO} 1667 (ESKRIDGE), among three other users. The purpose of the Signal chat was specific operational planning for the proposed June 14, 2026, attack. The messages

19

included maps with pins to locate positions of attack, as well as planned routes of escape following the execution of the group's plan. Once the details were settled among other members of the group, ESKRIDGE stated, "I'm liking it, now if we can keep it all coordinated it should work."

**G.      Law Enforcement Search of ESKRIDGE's Residence on June 13, 2026**

56.      On June 13, 2026, law enforcement executed federal search warrants for ESKRIDGE's person and his residence, signed by the Honorable Lajuana M. Counts, United States Magistrate Judge. During the search of ESKRIDGE's residence, law enforcement seized the following, in relevant part:

- Smith and Wesson Model M&P-15 5.56mm caliber rifle S/N TF58735
- Remington Model 700 .308 Win caliber rifle S/N 6573389
- Yildiz YP12SC 12-gauge pump action shot gun S/N TF58735
- Taurus G3 9mm pistol S/N AEC135636
- Two tactical vests with ballistic plates and ammunition filled magazines
- Baofeng UV-21R Radio
- Multi-cam gun belt with medical kit

The tactical gear found was neatly packed in the corner of ESKRIDGE's kitchen, near the main entry room of the residence. This gear corroborates ESKRIDGE's May 22, 2026, SimpleX post (screenshot above) listing his location, background, equipment, and an "approximate activation date" of "as soon as we are planned and manned." A picture of the equipment from the June 13, 2026, search is below:



57.    Law enforcement interviewed ESKRIDGE's spouse after the execution of the search warrants. During the interview, she stated that ESKRIDGE told her that he was a recruiter for the group. She was aware of ESKRIDGE's online communications on the Signal messaging application because she saw the messages pop up on a shared tablet connected to the application. She also indicated that ESKRIDGE purchased a large amount of tactical equipment over the past few months. He bought a $700 rifle and painted it, as well as a large amount of ammunition. ESKRIDGE also built a firearms range on their property approximately 3 weeks ago. Due to a recent Child Protective Services call involving a domestic situation with his stepson, ESKRIDGE's wife stated that ESKRIDGE removed all his tactical equipment from their residence and took it to his parents' house. However, she said he recently moved the equipment back to his residence.

21

58.     Additional communications regarding the planned June 14, 2026, attack were found on ESKRIDGE's cell phone during the search. Between June 7, 2026, through June 11, 2026, ESKRIDGE was involved in a group Telegram chat with a co-conspirator, hereinafter referred to as THOMAS and two other participants. The channel was called "D ops," and was used to discuss the drone operations planning for the June 14, 2026, attack. On June 7, 2026, ESKRIDGE stated, "…I was thinking [THOMAS] and I are the ones that lead the operators group, [THOMAS] is doing night op training right now. He had mentioned that we may have explosives taken care of along with this drone purchase just making sure I understood him right and that I don't need to keep looking for a cook."[10] Another co-conspirator stated that he knew how to build drones connected via fiber optic cable and capable of carrying explosive charges but did not have access to the materials needed for explosive charges. That co-conspirator suggested that they "may need to hit an MIC[11] facility for the things we need." ESKRIDGE responded, "10-4 I'm liking the sound of this."

59.     The group continued to discuss the benefits and detriments of obtaining a "cook" for explosive charges versus stealing military ordnance from a manufacturing plant. The participant who suggested hitting a military ordnance manufacturing facility forwarded a list of 4 ammunition plants, including the Parsons, Kansas Assembly Facility, located in Parsons, Kansas, and suggested the location was the "most viable." Another participant, ALVAREZ, suggested that ESKRIDGE "set it up." ESKRIDGE responded, "that's about 4 hours from me but I know we have some people in Kansas let me look into that plant and see who we have out there or capable of getting on the ground intel for it." THOMAS then stated, "Call up your guy, see if

---

[10] I know from my training and experience that the reference to a "cook" is a reference to an individual with the knowledge and capability to make homemade explosives.

[11] The member clarified that MIC stands for Military Industrial Complex.

he can scope it out tonight. We're running out of time." During initial FBI search of ESKRIDGE's cell phone, the most recent search conducted in the Google Maps application was for the Kansas Army Ammunition Plant in Parsons, Kansas. ESKRIDGE followed up by staying, "[g]ot a guy digging into Parsons assembly facility he good I'll update as soon as I have something."

60.     The "D ops" group chat continued to discuss the use of fiber optics to prevent jamming as well as the size of the explosive charges. ESKRIDGE weighed in stating, "[y]es I definitely agree and I also agree that we need something that will do massive damage it's not worth losing our lives over just maiming these shit bags." In response to a comment that stated "[g]o big or go home as they say," ESKRIDGE stated, "[e]xactly I want the message loud and clear."

61.     On June 11, 2026, another co-conspirator, ROA, began driving toward Washington, D.C., which was confirmed by traffic cameras observing his registered vehicle in Barstow, California, approximately one hour from his residence. On June 13, 2026, the FBI searched ROA's residence and found evidence of his involvement in the conspiracy. During ROA's interview with the FBI, he confessed to attempting to drive to Washington, D.C. but denied that he intended to conduct an attack. Based on my training, experience, and knowledge of this investigation, I believe ROA was driving to Washington, D.C. to participate in the conspiracy to conduct an attack at the UFC Freedom 250 event.

### H.     Information Obtained from ALVAREZ's Post-Arrest Interview and Phone Corroborates the Existence of a Conspiracy to Attack the UFC Freedom 250 Event at the White House

62.     Law enforcement identified ALVAREZ as a co-conspirator. On June 14, 2026, the FBI conducted a search warrant on ALVAREZ's residence in Nebraska. ALVAREZ was detained and interviewed at the time of the search. As part of the search, the data from ALVAREZ's cellular telephone was downloaded and reviewed by investigators.

63.     The search of ALVAREZ's cell phone revealed chats in the Signal app, in a group titled "Hunters," which contained approximately 9 other users, including usernames known by law enforcement officials to be utilized by ALVAREZ, PROPER, ESKRIDGE, ROA, and THOMAS. A user going by the online moniker "Shepherd" appeared to be posting a large portion of the messages relating to the June 14, 2026, attack planning. Based on my review of the affidavit in support of Alvarez's complaint and my knowledge of this investigation, I believe ALVAREZ utilized the username "Shepherd." On June 14, 2026, in this chat group, ALVAREZ provided direction to other co-conspirators regarding the planned attack on UFC 250 event. ALVAREZ admitted in his post-arrest interview that he used the online moniker "Shepherd."

64.     The username "shriveledshlong" was added to the chat by ALVAREZ on June 11, 2026. Based on my knowledge of this investigation, I believe "shriveledshlong" is RINCKER. FBI personnel identified RINCKER as the user of the "shriveledshlong" account based on a separate direct message conversation with ALVAREZ that was found in the search of ALVAREZ's phone. On June 11, 2026, RINCKER, using the "shriveledshlong" account name, forwarded a picture of his CashApp handle to ALVAREZ, which contained the first and last name "Jordan Rincker." Investigators conducted open source and background checks on that name with the knowledge that he was in the Missouri area based on "shriveledshlong" posts in chats placing him near the Saint Joseph, Missouri area. Investigators found that RINCKER's mother resides in Saint Joseph, Missouri. In addition, the telephone number listed in the open records searches was confirmed by the provider in response to a voluntary emergency disclosure request from the FBI. Further open-source research was conducted on RINCKER's known telephone number, which showed it was connected to the CashApp handle sent to ALVAREZ in the direct message chat. It was also directly linked to Telegram account "@shriveledschlaung" that utilized the display name "Shriveled

24

Shlong." ALVAREZ described RINCKER[12] as "our manufacturer." ESKRIDGE then asked if RINCKER was the "drone guy," to which RINCKER responded, "One of them" and said he was a "Jack of all trades not many things I can't do."

65. ALVAREZ then stated that "this op is still a go.. we have 72hrs." I believe this statement is relevant because the UFC 250 was on June 14, 2026 – three days after this June 11, 2026, statement. ALVAREZ stated, "We need teams equipped and ready. Meet in Saint Joseph MO. (Meeting point) There is a base in ozark lake with a cabin south in MO (2nd base) [unknown graphic] has a fire arm I purchased, we need it ready if possible, if not, I will have [unknown graphic] supply something. The safe zone coordinates are for VA. I will provide to team leader and the pilot. [unknown graphic] is to have someone pick up our team near the river. He will then coordinate air evac. we just need the drones." THOMAS responded by asking, "[w]here are we at with the explosives? I'd consider the viability of the mission as a fraction without the drones rigged." ALVAREZ responded, "[w]e are waiting [on] our drone operator, I will start cooking now." Although there are potential alternative meanings for ALVAREZ's use of the word "cooking" in this context, based on my training and experience, I believe that "cooking" is a reference to manufacturing explosive or improvised explosive devices. RINCKER responded, saying that he would "be starting on drones in the next couple of hours."

66. RINCKER stated that all he could do was to make drone frames and would need funding for the motors and hardware. ALVAREZ responded that he "could provide." When discussing drone capabilities, RINCKER stated, "[t]hey should be able to carry a few pounds but I'm aiming to make them capable of being armed with long arm and payload systems." RINCKER

---

[12] In the chat group, the username is "shriveledshong." As I believe" shriveledshlong" is RINCKER, in this affidavit, I refer to "shriveledshlong" as RINCKER.

explained that "those drones will take more time. However if we're just rigging explosives I can do smaller drones quicker." THOMAS responded, "[o]k, let's just focus on this task at hand and what we got. 3lb max?" ALVAREZ responded, "[a]s many and as deadly as we can get."

67. ALVAREZ continued to provide details regarding the attack plans, including obtaining drone operators and getting militias and protestors in "DC." ALVAREZ then stated, "[i]t's going to be a blast. Too late to back out now folks, the brakes are off, failure is not an option." Approximately 13 minutes later, ROA announced to the group that he quit his job and was leaving that night. ROA later stated that he would let the group know when he was on the road.

68. Approximately 4 hours later, ALVAREZ sent the following screenshot to the group:

> The rumors about Prime Minister Benjamin Netanyahu attending UFC 250 appear to have started from a post on May 26, 2026, by a social media account called *Adin Reports* 26 . The post claimed that popular streamer **Adin Ross** had pulled out of the event because he "learned" the Israeli Prime Minister would be there, adding, "I'd rather just watch it at home with my dad" 26 .

Immediately following this screenshot, ALVAREZ sent the following messages:

"Targets confirmed
1. 2. VP 3. N 4. Musk"[13]

---

[13] Based on my training and experience, I believe this to mean, "1" was likely identifiable with President Donald Trump; "2" was likely referring to Vice President JD Vance; "3. N" was likely referencing the above screenshot, referring to Israel Prime Minister Benjamin Netanyahu; and "4. Musk" likely referred to Elon Musk. I know that President Trump and Vice President Vance attended the event. Musk was scheduled to attend, but I am uncertain if he attended. Netanyahu did not attend the event.

69. Following the above chat, the following messages were shared:

ALVAREZ: Sniper 1. [unknown emoji]
Sniper 2. [unknown emoji]
Sniper 3. [unknown emoji]
Drone operator: needs to check in
Drones : working on them as we speak
Cake: under development, gathering supplies today and tomorrow

[THOMAS]: Where we at with the explosives? I'd consider the viability of the mission as a fraction without the drones rigged.

ALVAREZ: We are waiting in our drone operator, I will start cooking now.

ALVAREZ: 10-4 [unknown graphic] is ground leader.
3 snipers, 3 different locations.
3-5 drones, I have one so far. [unknown graphic] is making some as we speak.
Our evacuation options are too pricy with our current assets, I can get the 15k.. but it will take time. Not enough.. so we need another out. I'm open to suggestions.. so far we have the cake and drones being worked on today and tomorrow.
[unknown graphic] should be on his way, he can pick up [unknown graphic] and meet with [unknown emoji] and [unknown graphic] at base location to get equipped. From there they will head to DC.
We are working on other evacuation options. As well as reinforcement opportunities.

70. Approximately two hours later, on June 11, 2026, the following discussion took place:

27



71.     ALVAREZ removed RINCKER from the group chat on June 12, 2026.

## I.     Direct Messages Between ALVAREZ and RINCKER Found on ALVAREZ's Phone

72.     ALVAREZ's phone contained direct messages on the Signal messaging application between RINCKER and ALVAREZ from, on or about June 11, 2026, and June 14, 2026. On June 11, 2026, RINCKER said, "[f]ound a guy with qtr hlf and ful sticks…"[14] ALVAREZ responded, "[l]et's go." On June 12, 2026, RINCKER stated, "[t]hings printing like a damn champ brother." RINCKER then sent the picture below of what appears to be a Creality-brand 3d printer:

---

[14] I know based on my training and experience that quarter, half, and full sticks are a reference to explosives.



Based on my training, experience, and knowledge of this investigation, I believe when RINCKER refers to finding someone with "sticks," he is referring to finding an individual who has explosive materials. I also believe that RINCKER is relaying to ALVAREZ that his 3D printer is successfully manufacturing the parts needed to construct drones that the participants of the conspiracy intended to utilize to deliver and detonate explosives at the UFC 250 Freedom event.

73.     On June 13, 2026, RINCKER posted a screenshot of the "Hunters" Signal chat in the direct message conversation:



74. Based on my training and experience, I believe in the above conversation includes a discussion by ALVAREZ in which ALVAREZ identifies the FIFA World Cup as a potential target advises that they should prepare for an attack on July 4, 2026, and he is telling the other coconspirators to prepare to come to Missouri. I know that there is a FIFA World Cup match scheduled to occur on July 3, 2026, in Kansas City, Missouri. Accordingly, I believe that RINCKER is sharing ALVAREZ's idea to target the FIFA World Cup match on July 3, 2026. Although ALVAREZ referred to July 4, 2026, based on the entire context of this exchange, I believe he was referring to the match that takes place on July 3, 2026. I also know that the Kansas

30

City Royals also have a game scheduled to take place on July 4, 2026, at the Truman Sports Complex in Kansas City, Missouri and that stadium is co-located with Arrowhead Stadium, which is the stadium hosting FIFA World Cup matches.

75.     RINCKER then commented on the screenshot that "[he could] still access text records we need to figure out how to completely scrub it." He also stated, "[b]etter safe than sorry." ALVAREZ agreed that he could also access text records and they needed to figure out how. RINCKER responded, "[i]t's no issue with me I just noticed it and figured I'd better bring it up."

**J.      Identification of RINCKER**

76.     FBI personnel identified RINCKER as a participant and conspirator involving the TARGET OFFENSE using information from the interview of ALVAREZ following his arrest on June 14, 2026, and an analysis of a search conducted on ALVAREZ's cellular telephone.

77.     On June 11, 2026, RINCKER ("shriveledshlong") forwarded a picture of his CashApp handle to ALVAREZ, which contained the first and last name "Jordan Rincker." Investigators conducted open source and background check on that name with the knowledge that he was in the Missouri area based on "shriveledshlong's" posts in group chats placing him near the Saint Joseph, Missouri area. Investigators found that RINCKER was associated with an address in Ozawakie, Kansas, based on the address listed on his Kansas driver's license, but also had immediate family connections to Saint Joseph, Missouri. A telephone number was also discovered, which the telephone provider confirmed RINCKER as the subscriber. Open-source research utilizing the known telephone number for RINCKER returned a positive match with the CashApp account.

78.     In addition, in the conversation between ALVAREZ and RINCKER, they discuss an in-person meeting in Omaha, Nebraska. They planned to meet on June 12, 2026, at the Oakview Mall, located at 3001 South 144th Street, Omaha, Nebraska. RINCKER stated that he would be

31

driving a white Ford Explorer. Investigators found a white Ford Explorer was registered to RINCKER's fiancé. License plate reader information placed the vehicle in Omaha, Nebraska at 10:17 a.m. on June 12, 2026.

79.    FBI surveillance was conducted at the residence of RINCKER's mother, who resides in Saint Joseph, Missouri, within the Western District of Missouri, where RINCKER resided. Agents, who were familiar with RINCKER's driver's license photograph, observed RINCKER depart from and return to his residence on June 19, 2026.

80.    Between June 18, 2026, and June 21, 2026, the FBI continued surveillance of RINCKER. The FBI then obtained a search warrant for the residence where RINKER was located (26-SW-00396-WBG) and the FBI also obtained a search warrant for RINCKER's person (26-SW-00397-WBG). The FBI executed these warrants on June 21, 2026.

**K. Search of RINCKER's Person and Residence, and Interview of RINCKER**

81.    On June 21, 2026, the search warrants for RINCKER and his residence were executed. RINCKER was detained pursuant to the search. Prior to RINCKER's interview and without provocation, he stated that he knew why the FBI was at his house as he had seen the news reports of the other people that had been arrested. Further, he stated that there were no explosives inside the house, and that the FBI was not going to find anything in the house.

82.    RINCKER was advised of his *Miranda* rights and agreed to speak with law enforcement officers. During the interview, RINCKER stated that he utilized the online moniker "shriveledshlong." He admitted that he recently met with ALVAREZ in Omaha, Nebraska, at which ALVAREZ gave to him $1,200 United States currency, one level IV ballistic plate, a face shield, a Creality-brand 3D printer, 3D printing filament, a shield, night vision goggles, binoculars,

32

a "wire checker,"[15] and a Mac minicomputer. He stated that all of the items that he received from ALVAREZ were recently moved from his residence to a unit located at a self-storage in Saint Joseph, Missouri. RINCKER also stated that he stored his own ballistic plate carrier in the storage unit. RINCKER could not remember the unit number of the storage unit.

83. RINCKER stated that he drove to see ALVAREZ because he wanted to make a friend. RINCKER also stated that he thought he would benefit financially because ALVAREZ was going to gift him his 3D printer, that was worth approximately $500 and could be used to make crafts that he could sell. When RINCKER was asked about why ALVAREZ gave him the money, printer, tactical equipment, and other items, RINCKER stated that he was hesitant to tell investigators because it was a "very, very, very fucking serious thing, and I'm a real idiot for not stepping aside the moment he said what he wanted. But it's what you guys know. I mean, I know you guys... I know a little bit of what I let you guys know and everything. I've read the DOJ reports and everything already, so..." Based on my training, experience, and knowledge of this investigation, I believe that RINCKER is referencing the publicly available complaint documents and Department of Justice press releases for co-conspirators ALVAREZ, THOMAS, ROA, ESKRIDGE, and PROPER, which indicate that the overall plan was to utilize 3D printed drones with explosives to carry out an attack, including at the UFC 250 Freedom event on June 14, 2026..

84. RINCKER stated that he "traded" ALVAREZ a Rock Island 12-gauge shot gun with an ammunition-filled bandolier. RINCKER stated that this transaction was "fucking him the most" because he "armed a terrorist" and should have kept his shotgun. RINCKER purchased the

---

[15] Based on my training and experience, I understand this device to purportedly check for listening devices that would broadcast or record conversations.

shotgun from a family member's "ex," and used it for skeet shooting. RINCKER explained that he did not know why he left the shotgun because "he wasn't asked to do that," and thought it would make ALVAREZ feel better about giving RINCKER the 3D printer and money. RINCKER stated that the firearm was a Rock Island 12-gague pump action shot gun. On June 14, 2026, FBI Omaha executed a search warrant at ALVAREZ's home and recovered a Rock Island Armory Carina shotgun, serial number R195031 and a black belt with 50 rounds of 12-gauge shotgun shells.

85.     RINCKER stated that ALVAREZ handed him $1,200 in cash and wanted him to disperse the money. Per ALAVAREZ's instruction, RINCKER sent approximately $100 "for gas" via the CashApp application to ROA. RINCKER received ROA's CashApp handle through Signal chats with ALVAREZ. RINCKER stated that he knew ROA "was headed to pick up a guy that was gonna drive the drones." RINCKER claimed that he viewed his actions as "an easy come up," because he planned to pocket the remaining money and had opened a bank account for himself and that he was going to "[l]et [ALVAREZ] think [RINCKER's] doing shit for him, in turn, [RINCKER's] really just taking their shit."

86.     RINCKER stated that he did not possess any explosives or explosive devices. However, ROA called him on Signal approximately three to five weeks ago to discuss explosives. RINCKER stated that ROA was talking about his "plans on how to make explosives."

87.     When asked about providing the idea of using PVC to build a drone, RINCKER claimed he "was just giving them bullshit ideas to make them think I was building a drone." RINCKER stated that ALVAREZ gave him the 3D printer to make drones, and that he didn't know if ALVAREZ wanted him to load the drones with explosives, but "from the sounds of everything, that's probably where this [was] leaning." RINCKER claimed that he had not attempted to print or design a drone and did not know how to do it.

34

88.     Investigators found the following items during a search of RINCKER's residence:

- FN Reflex 9mm pistol, serial number CCW0051572 with magazine and loose 9mm rounds
- FMK AR1 eXtreme Multi-Caliber rifle, serial number ARGB1386
- Multiple magazines containing 5.56 caliber magazine containing ammunition
- Remington 597 .22 LR caliber rifle, serial number JD04805A with magazine
- 3D printed Glock-style pistol with 3D printed magazine and 3D printed ammunition
- Gas mask with cartridge
- Multiple electronic devices

89.     A person closely connected to RINCKER's was interviewed by the FBI following the execution of the search warrants. This person acknowledged that he/she shares the storage unit with RINCKER and believed the storage unit was unit 22. An FBI Agent interviewed an employee of the self-storage facility in Saint Joseph, Missouri, who confirmed unit 22 was leased to RINCKER.

90.     Further, another family member of RINCKER was interviewed at the time of the search. This family member stated that RINCKER has a storage unit at a specific storage facility in Saint Joseph, Missouri. This family member did not have access to the storage unit and did not know what was in it. This family member did, however, acknowledge that RINCKER rented the storage unit at around the same time RINCKER moved into a St. Joseph residence around Memorial Day 2026.

**L.     Search of RINCKER's Storage Unit**

91.     On June 21, 2026, the Honorable Magistrate Judge W. Brian Gaddy from the Western District of Missouri issued a search warrant for RINCKER's storage unit in Saint Joseph, Missouri (26-SW-400-WBG). During the search of RINCKER's storage unit, law enforcement located the following items:

35

- 3D printer (Ender brand)
- 3D printer (Creality brand)
- 3D filament
- 3D printed gun parts
- Night vision goggles
- Shield
- Strike face level III ballistic plate
- Plate carrier with plates in it
- Thermal imaging scope
- Muzi works off grid mesh network – encrypted texts and GPS without cell towers[16]
- A mini-Mac computer

## IV.  OVERT ACTS

92.    This affidavit includes numerous overt acts that co-conspirators took to further their agreement to commit murder and to effect the objects thereof. Below are some of the overt acts made in furtherance of the conspiracy.

93.    Prior to June 12, 2026, DANIEL K. ESKRIDGE, did acquire tactical equipment, multiple firearms, a helmet, and a ballistic vest.

94.    Prior to June 12, 2026, TYCEN C. PROPER did acquire several boxes of ammunition, two plate carriers with AR-style magazines, an AR-style rifle, a bullpup rifle painted with the American flag, and tactical clothing.

95.    On or about June 11, 2026, BRYAN OMAR ROA began to drive from the State of California to Washington, D.C., to participate in the plot to kill persons attending the Ultimate

---

[16] A Muzi Works off-grid mesh network uses rugged, pre-built Meshtastic® devices developed by Muzi Works to send secure text messages and share locations without cellular service or the internet. It relies on long-range, low-power radio frequencies (like 900MHz LoRa) to hop messages between devices, creating a decentralized communication grid owned by its users.

Fighting Championship ("UFC") event scheduled to take place on the White House lawn in Washington, D.C., on Sunday, June 14, 2026.

96. On or about June 12, 2026, the defendant, JORDAN W. RINCKER, did accept a cash payment of $1,200 from Nebraska defendant, ABRAHAM H. ALVAREZ during an in-person meeting and sent BRYAN OMAR ROA a CashApp payment of $100 for his drive from the State of California to Washington, D.C.

97. On or about June 12, 2026, defendant JORDAN W. RINCKER did transfer a pump action shotgun to Nebraska defendant, ABRAHAM H. ALVAREZ, during an in-person meeting.

98. On May 22, 2026, DANIEL K. ESKRIDGE communicated with co-conspirators on SimpleX, an encrypted messaging application. Specifically, the defendant distributed a picture of tactical equipment, including a rifle, helmet, and ballistic vest.

## V.     CONCLUSION

99.     Based on the foregoing, there is probable cause to believe that a violation of 18 U.S.C. § 1117 (Conspiracy to Commit Murder), was committed by Jordan W. RINCKER. I therefore respectfully request that a warrant be issued authorizing the arrest of Jordan W. RINCKER.

Respectfully submitted,

Andrew Brown
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me by telephone on June __21__, 2026

At 8:57 pm, signature confirmed

HONORABLE W. BRIAN GADDY
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MISSOURI

38